# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BILLY ROBINSON

NO. 2025 KW 1323

**APRIL 8, 2026**

---

In Re:     Billy Robinson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           02-86-0553.

---

BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

    **WRIT DENIED.** Relator's filing is untimely, and he failed to
raise an exception to the time delay. See La. Code Crim. P. art.
930.8(A). If an application for postconviction relief is untimely
under Article 930.8, it should not be considered on the merits.
See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per
curiam*).

                              **MRT**
                              **KEB**
                              **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.